IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN BAILEY, ) | | |
|         Plaintiff, ) | Case No. 24-CV-4629 | |
| ) | | |
| v. ) | | |
| ) | Judge Kness | |
| JOSEPH D. VECCHIO, Star No. 14469 ) | | |
|  and the CITY OF CHICAGO, a municipal ) | Magistrate Judge Holleb Hotaling | |
| corporation, ) | | |
|         Defendants. ) | | |

**PARTIES' JOINT STATUS REPORT PURSUANT TO THE JANUARY 24, 2025
ORDER OF THE HON. KERI HOLLEB HOTALING (DKT. 15)**

Plaintiff Martin Bailey and Defendants Joseph D. Vecchio and the City of Chicago, through their respective counsel, submit this Joint Status Report pursuant to the January 24, 2025 order entered by the Hon. Keri L. Holleb Hotaling (Dkt. 15):

1. The parties respectfully report that this matter has been resolved in principal, subject to the mutual execution of a written settlement agreement by the parties.

2. The parties request that the Court enter and continue this matter to Wednesday April 30, 2025 for the parties to submit a status report on settlement only in the event that a Rule 41 Stipulation to Dismiss is not filed before then.

                                                    Respectfully submitted,

Date: February 7, 2025

**PLAINTIFF MARTIN BAILEY**

/s/ *Devlin Joseph Schoop*
Devlin Joseph Schoop
216 S. Jefferson, Suite 300
Chicago, Illinois 60661
(312) 424-0700
dschoop@laduzinsky.com

**DEFENDANTS JOSEPH D. VECCHIO and the CITY OF CHICAGO**

/s/ *Kenneth M. Battle*
Kenneth M. Battle
Daniel L. Chapman
O'Connor & Battle, LLP
111 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 786-4600
kbattle@mokblaw.com
dchapman@mokblaw.com