IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN BAILEY, ) | | |
|     Plaintiff, ) | Case No. 24-CV-4629 | |
| ) | | |
| v. ) | | |
| ) | Judge Kness | |
| JOSEPH D. VECCHIO, Star No. 14469 ) | | |
|  and the CITY OF CHICAGO, a municipal ) | Magistrate Judge Holleb Hotaling | |
| corporation, ) | | |
|     Defendants. ) | | |

## AGREED ORDER OF DISMISSAL

    This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Martin Bailey, by his attorney, Devlin Joseph Schoop; and Defendant Joseph D. Vecchio, by his attorney, Kenneth M. Battle, Special Assistant Corporation Counsel; and Defendant, City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago, and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

    All of the claims of plaintiff, Martin Bailey, against Defendants, City of Chicago, Joseph D. Vecchio, are hereby dismissed *without prejudice*, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER: _[signature]_
The Honorable John F. Kness
United States District Judge
DATED: 3/7/2025